UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-21203 |
| Peggy Pearson and Robert Pearson | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

## Order Modifying Chapter 13 Plan

This cause coming on to be heard on Debtors' Motion to Modify Plan,

IT IS HEREBY ORDERED:

Debtors' Plan is modified as follows:

1. Paragraph E.3(b) of the plan is amended to substitute the Cook County Treasurer as the secured creditor, in place of Sabre Group, LLC. This is for the property located at 1739 N. 35th Ave., Stone Park, IL 60165, PIN 15-04-114-004-0000.

2. If, by June 16, 2014, the Cook County Treasurer has not filed a proof of claim for the taxes owed on PIN 15-04-114-004-0000, as of the date of the debtors' petition, debtors are given leave to file a claim on behalf of the Cook County Treasurer.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: June 26, 2014

**Prepared by:**

Daniel P. Lindsey, ID 6211163
Attorney for Debtors
LAF, 120 S. LaSalle, Ste 900
Chicago, Illinois 60603
312-347-8365